THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARGARET HYNES. Appellant.— Determination of the Court of Special Sessions, affirming a judgment of conviction in the City Magistrates' Court, reversed, and a new trial ordered, on the ground that the defendant was denied the right of a fair trial because the

magistrate refused a reasonable adjournment to enable defendant to procure the attendance of a witness; also because she was deprived of the aid of counsel. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.